IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| NICOLE REEVES, | * | |
| Plaintiff, | * | |
| v. | | Case No. 4:21-CV-80 (CDL) |
| | * | |
| COLUMBUS CONSOLIDATED GOVERNMENT, et al., | * | |
| Defendants. | * | |

## **J U D G M E N T**

Pursuant to this Court's Orders dated November 22, 2021 and April 3, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 4th day of April, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk